RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

OCT 15 2025

DANIEL J. McCOY, CLERK
BY: ______________

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| | * | 18 U.S.C. § 2422(b) |
| VERSUS | * | |
| | * | |
| BORIS BRAGGS | * | |

3:25-cr-00279-01
Judge Doughty
Magistrate Judge McClusky

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1

## USE OF A FACILITY TO ATTEMPT TO CAUSE A MINOR TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY [18 U.S.C. § 2422(b)]

On or about September 24, 2025, in the Western District of Louisiana, the defendant, **Boris Braggs**, used a facility and means of interstate commerce, to knowingly attempt to persuade, induce, entice, and coerce a minor, that is a person under the age of eighteen, to engage in prostitution and in any sexual activity for which any person could be charged with a criminal offense, to wit, a violation of Louisiana Revised Statutes Section 81.3 (Computer-aided Solicitation of a Minor).

All in violation of Title 18, United States Code, Section 2422(b). [18 U.S.C. § 2422(b)].

## FORFEITURE

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2428.

Pursuant to Title 18, United States Code, Section 2428, upon conviction of an offense in violation of Title 18, United States Code, Section 2422(b), the defendant, **Boris Braggs,** shall forfeit to the United States of America:

a. Any property, real or personal, used or intended to be used, to commit or to promote the commission of the offenses, and

b. Any property, real or persons, that constitutes or is derived from proceeds traceable to the violation of Count 1

All in accordance with 18 U.S.C. § 2428.

A TRUE BILL:

**REDACTED**

GRAND JURY FOREPERSON

ZACHARY A. KELLER
United States Attorney

FOR

EARL M. CAMPBELL, LA Bar #25957
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, LA 71101
Telephone: (318) 676-3600