**SUPPLEMENTAL MINUTE BOOK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

Court convened **at 1:56 p.m.** on **Wednesday, October 15, 2025**, and adjourned at **2:00 p.m.**

PRESENT: David J. Ayo, Magistrate Judge, Presiding
Christina Chicola, Minute Clerk
Recorded: Liberty Court Recorder 7
Time in Court: 4 minutes

## GRAND JURY REPORT

_X_ Final Report
_X_ Sealed Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.

### OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 6:25-CR-00276-01* | X | |
| 6:25-CR-00277-01* | X | |
| 6:25-CR-00278-01* | X | |
| 3:25-CR-00279-01* | X | |
| 2:25-CR-00280-01*** | X | |
| 6:25-CR-00281-01* | X | |
| 2:25-CR-00282-01*** | X | |
| 6:25-CR-00283-01* | X | |
| 6:25-CR-00283-02* | X | |
| 6:25-CR-00283-03* | X | |
| 6:25-CR-00283-04* | X | |
| 6:25-CR-00284-01* | X | |

### SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| | | |
| | | |

_X_ Warrants/summons ordered issued as indicated.
_*_ In Federal Custody
_**_ Superseding Indictment
_***_ State Custody